UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE SCHOOL BOARD OF ST. JOHNS
COUNTY, FLORIDA,

    Plaintiff,

v.

Case No. 3:24-cv-874-TJC-LLL

P.L., by and through P.L.'s Parents,
D.L. and B.L.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal (Doc. 37), filed on July 14, 2025, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record